UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Dentsply Sirona Inc.,                                :
                                                     : Civil Action
Plaintiff                                            :
                                                     : No. 15 CV 8775 (LGS)(GWG)
                                                     :
– against –                                          : ECF Case
                                                     :
                                                     :
Dental Brands for Less LLC                           :
*dba* Dental Wholesale Direct,                       :
                                                     :
Defendant                                            :
                                                     :
------------------------------------------------------------------------x

## NOTICE OF MOTION

Counterclaim Plaintiff Dental Brands for Less LLC moves for an Order, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to have the Court reconsider ECF No. 113 which dismissed Dental Brands for Less LLC's Counterclaim, Count One (For Unlawful Conspiracy in Unreasonable Restraint of Trade in violation of Section 1) of the Sherman Antitrust Act, 15 U.S.C. § 1) (ECF No. 61), and reinstate Count One against Dentsply Sirona Inc. Dental Brand for Less LLC offers the accompanying Memorandum of Law in Support of its Motion.

_____
**ARNOLD I. KALMAN, ESQUIRE** (AK 1932)
Law Offices of Arnold I. Kalman
245 South Hutchinson Street
Philadelphia, PA 19107-5722
Telephone: (215) 829-9613
Fax: (215) 829-9619
E-mail: arnoldkalman@arnoldkalmanlaw.com

*Attorney for Defendant and Counterclaim Plaintiff, Dental Brands for Less LLC dba Dental Wholesale Direct*

Dated: April 24, 2020

TO: Jonathan Honig, Esquire
Feder Kaszovitz LLP
845 Third Avenue
New York, NY 10022-6601

*Attorney for Plaintiff and Counterclaim Defendant, Dentsply Sirona Inc.*

*Via ECF*

## Certificate of Service

I hereby certify, on April 24, 2020, Counterclaim Plaintiff Dental Brands for Less LLC's *Fed.R.Civ.Proc.* 54(b) Motion to Reconsider ECF No. 113, and to Reinstate Counterclaim (ECF No. 61), Count One (For Unlawful Conspiracy in Unreasonable Restraint of Trade in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1) and Memorandum of Law in Support of the Motion were filed through the Court's CM/ECF System. Notice of this filing will be sent by email to counsel for Dentsply Sirona Inc., Jonathan Honig, Esquire, by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
**ARNOLD I. KALMAN, ESQUIRE (AK 1932)**
Law Offices of Arnold I. Kalman
245 South Hutchinson Street
Philadelphia, Pennsylvania 19107-5722
Telephone:  215-829-9613
Fax:  215-829-9619
E-mail: arnoldkalman@arnoldkalmanlaw.com

*Attorney for Defendant and Counterclaim Plaintiff, Dental Brands for Less LLC dba Dental Wholesale Direct*

Dated: April 24, 2020