UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENTSPLY INTERNATIONAL, INC., :

                                                             :      <u>ORDER</u>
                  Plaintiff,

                                             :      15 Civ. 8775 (LGS) (GWG)
  -v.-
                                             :

DENTAL BRANDS FOR LESS LLC,
                                             :

                 Defendant. :
------------------------------------------------------------X
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      With respect to the parties' recent letters (Docket ## 411-414), the Court's Order of May 6, 2020 (Docket # 408), is a schedule for discovery exclusively on the issue of damages. The references to "all discovery" therein refer to such damages discovery. Fact discovery on the issue of damages is permitted. With respect to the request to compel the deposition of Mr. Casey (Docket # 411), that request is denied without prejudice. Defendant should take a Rule 30(b)(6) deposition on the damages topics it raises and if it is determined that answers are insufficient, a new application may be made compliant with paragraph 2.A of the Court's Individual Practices.

      SO ORDERED.

Dated:  New York, New York
           May 19, 2020

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge